Argued and submitted April 23, reversed and remanded for reconsideration October 6, reconsideration denied December 15, 1993, petition for review pending 1994

In the Matter of the Compensation of
Preston E. Jones, Claimant.

Preston E. JONES,
*Petitioner,*

*v.*

QUIMBY TRUCKING COMPANY
and SAIF Corporation,
*Respondents.*

(WCB 91-07095; CA A76465)

861 P2d 363

---

Edward J. Harri, Eugene, argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll, Eugene.

Steven Cotton, Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993).